1 | COUNSEL LISTED ON FOLLOWING PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIYO YUDEN CO., LTD., | Case No. CV07-07607 DSF (CWx) |
| Plaintiff, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| vs. | |
| RITEK, INC. AND ADVANCED MEDIA, INC. d/b/a RITEK USA, | **DISCOVERY MATTER** |
| Defendants. | |

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN<br>Evan Finkel #100673<br>evan.finkel@pillsburylaw.com<br>Andrew B. Grossman #211546<br>andrew.grossman@pillsburylaw.com<br>Lesley S. Kim #243242<br>lesley.kim@pillsburylaw.com<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA  90017-5406<br>Telephone: (213) 488-7100<br>Facsimile: (213) 629-1033<br><br>JENNER & BLOCK LLP<br>Donald R. Harris (*pro hac vice*)<br>dharris@jenner.com<br>Terrence J. Truax (*pro hac vice*)<br>ttruax@jenner.com<br>Steven R. Trybus (*pro hac vice*)<br>strybus@jenner.com<br>Steven McMahon Zeller (*pro hac vice*)<br>szeller@jenner.com<br>Joseph A. Saltiel (*pro hac vice)*<br>jsaltiel@jenner.com<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>Telephone:  (312) 222-9350<br>Facsimile:  (312) 527-0484<br><br>Attorneys for Plaintiff<br>TAIYO YUDEN CO., LTD. | REED SMITH LLP<br>Michelle H. Lyu<br>mlyu@reedsmith.com<br>355 S. Grand Ave., Suit 2900<br>Los Angeles, CA  90071<br>Telephone: (213) 457-8000<br> Facsimile:  (213) 457-8080<br><br><br>REED SMITH LLP<br>Mark W. Wasserman (*pro hac vice*)<br>mwasserman@reedsmith.com<br>Matthew R. Sheldon (*pro hac vice*)<br>msheldon@reedsmith.com<br>3110 Fairview Park Drive Suite 1400<br>Falls Church, VA 22042<br>Telephone: (703) 641-4200<br>Facsimile:  (703) 641-4340<br><br> Attorneys for Defendants<br>RITEK CORPORATION and ADVANCED<br>MEDIA, INC. d/b/a RITEK USA |

1  Good cause appearing, the Stipulated Protective Order is entered on this date.
2  IT IS SO ORDERED.
3
4  DATED: _June 25, 2008____   _____/s/_____
5  Carla Woehrle, United States Magistrate Judge